

**Filed**

FEB 27 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ESCO WELCH, | NO. C-00-20242-RMW |
| Petitioner, | ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |
| v. | |
| JEANNE WOODFORD, Warden, | |
| Respondent. | |

On January 28, 2002, the court received a confidential motion, filed under seal, for the withdrawal of one of petitioner's appointed counsel in this case, Darlene Ricker. The motion was filed by petitioner's appointed co-counsel, Stephanie Ross, and requests that the court permit attorney Ricker to withdraw from her representation of petitioner in this case. Ms. Ross also requests that the court appoint substitute counsel to replace Ms. Ricker. On February 1, 2002, the court received a confidential statement of non-opposition, also filed under seal, from attorney Ricker regarding the motion to withdraw.

Based on all papers filed to date, the court finds that it is in the best interests of petitioner to

grant the motion and to permit attorney Ricker to withdraw as attorney of record for petitioner in this case. By granting the motion to permit attorney Ricker to withdraw, however, the court makes no findings and expresses no opinion regarding the accuracy of the representations made by either counsel in this case. Rather, the court finds that irreconcilable differences have arisen between petitioner's counsel and that the interests of justice, and of petitioner, are best served by permitting attorney Ricker to withdraw in this case.

The court will meet and confer with attorney Ross to discuss appropriate substitution of counsel in this case on Friday, March 15, 2002 at 2:00 p.m.

DATED:   **FEB 2 7 2002**


RONALD M. WHYTE
United States District Judge

2

Copies of this order have been mailed to:

Stephanie Ross
600 Winslow Way East, Suite 130
Bainbridge Island, WA 98110

Darlene M. Ricker
Ricker & Mercado
433 N. Camden Dr., Suite 600
Beverly Hills, CA 90210

Catherine A. Rivlin
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

cc to:

Habeas Corpus Resource Center
50 Fremont St., Suite 1800
San Francisco, CA 94105

California Appellate Project
One Ecker Place, Suite 400
San Francisco, CA 94105

dated: __2/28/02__

3